IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Good Morning To You Productions Corp. | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | ) | |
| v. | ) | **Case No. 1:13-cv-04040-LLS** |
| Warner/Chappell Music, Inc. | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Good Morning to You Productions Corp., and its counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant, Warner/Chappell Music, Inc.

**Dated:** July 26, 2013

Respectfully submitted,

By: /s/  Mark C. Rifkin
Mark C. Rifkin
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
Janine L. Pollack
Beth A. Landes
Giti Baghban
270 Madison Avenue, 10th Floor
New York, New York  10016
Tel:  (212) 545-4600
Fax:  (212) 545-4653
rifkin@whafh.com

Randall S. Newman
**Randall S. Newman P.C.**
37 Wall Street, PH D
New York, NY 10005
212-797-3737
Fax: 212-797-3172
Email: rsn@randallnewman.net